UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

ANDREW FIELDS                                                                   PLAINTIFF

v.                                                           CIVIL ACTION NO. 3:08CV-P618-H

FEDERAL BUREAU OF PRISONS *et al.*                                           DEFENDANTS

## **ORDER**

For the reasons set forth in the Memorandum Opinion entered this date, and being otherwise sufficiently advised, **IT IS ORDERED** that this action is **DISMISSED** because of Plaintiff's failure to respond to the Court's Order and his pattern of inaction and delay.

There being no just reason for delay in its entry, this is a **final Order**.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:     Plaintiff, *pro se*
        Counsel of Record
4412.008